George H. Morse against John P. Hier. No opinion. Judgment and order affirmed, with costs.

———

MOSER et al. v. TALMAN et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Mary Moser and others against Frederica Talman and others. No opinion. Final judgment affirmed, with costs. See 100 N. Y. Supp. 231.

———

MOSS, Appellant, v. BLANCHARD et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Alexander Moss against John O. Blanchard and another. G. Ryall, for appellant. D. Emery, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

MOULTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Bryam Moulton against the Erie Railroad Company. No opinion. Judgment and orders affirmed, with costs.

———

MOWSON, Appellant, v. SALYERDS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Eliza Mowson against Isaac N. Salyerds and another. No opinion. Judgment affirmed, with costs.

———

MULROY, Appellant, v. J. D. MURPHY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Annie Mulroy, as administratrix, against the J. D. Murphy Company. E. J. Gavegan, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

MUNDSCHENCK, Respondent, v. QUICK TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Frederick P. Mundschenck against the Quick Transit Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

———

MURRAY, Respondent, v. NARWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by James D'O. Murray against Holmes N. Narwood. No opinion. Judgment and order affirmed, with costs.

———

NATIONAL BANK OF BATTLE CREEK, v. HOWARD. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by the National Bank of Battle Creek against Oliver O. Howard. Appeal by defendant from an order denying a motion for the issuance of a commission to take testimony on oral interrogatories. Affirmed, on conditions.

Ralph S. Rounds, for appellant. Andrew J. Shipman, for respondent.

PER CURIAM. The order appealed from should be reversed, and the motion for an open commission granted, with $10 costs and disbursements of the appeal and $10 costs of motion to the appellant to abide the event of the action, unless plaintiff files a stipulation within five days after the service of the order to be entered hereon that it will produce the witnesses Nichols and Austin for examination by the defendant upon the trial of the action, and that it will also produce the books and papers specified in the affidavit of the defendant necessary for the proper examination of said witnesses upon the trial. In the event that the plaintiff makes such a stipulation, and the witnesses or the necessary books and papers are not produced, the trial shall be adjourned pending the issue and execution of a commission. The defendant may then renew this application at the Special Term for a commission. If such stipulation is filed, the order appealed from is affirmed, without costs.

———

NEHLS, Appellant, v. NEW YORK BREWERIES CO., Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by George Nehls against the New York Breweries Company. A. J. Talley, for appellant. F. Hulse, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

O'BRIEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Susan O'Brien against the Brooklyn Heights Railroad Company. No opinion. Order of the County Court of Queens county affirmed, with $10 costs and disbursements.

———

In re O'BRIEN'S ESTATE. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the estate of Honora O'Brien, deceased. No opinion. Motion denied, with $10 costs.

———

OLDMIXON, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John C. Oldmixon against Clarence Davis. No opinion. Judgment and order affirmed, with costs.

———

ORVIS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Virginia Orvis against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

———

PAVENSTEDT v. NEW YORK LIFE INS. CO. (Supreme Court, Appellate Division, First